UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LIDYA MARIA RADIN           :
                            :
    Plaintiff,              :    Civ. No. 09-4695(DRD)
                            :
    v.                      :    **O P I N I O N**
                            :
JERSEY CITY MEDICAL CENTER, et al., :
                            :
    Defendants.             :
_____:

**Debevoise, Senior District Judge**

Plaintiff, Lidya Radin, has submitted to the court for filing a complaint and an application to proceed without payment of fees. She has established her indigence status and her application to proceed without payment of fees under 28 U.S.C. §1915 will be granted.

Nevertheless, the court has an obligation to examine a complaint filed pursuant to §1915 and "shall dismiss the case at any time if the court determines that - (B) the action or appeal - (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; . . ." 18 U.S.C. §1915(e)(2).

It is evident that the document that purports to be a complaint in this case is frivolous and malicious and fails to state a claim on which relief may be granted. It names as defendants "Jersey City Medical Center, et al." without stating who the "et als" are. It does not allege facts stating what any defendant has done or how a defendant's acts have violated any law over which a federal court (or state court, for that matter) has jurisdiction. Rather the document that one assumes is designed to be a complaint and various documents that accompany it assert wild,

preposterous generalized charges against a variety of institutions, officials and other individuals.

A sampling of these charges follow:

> I am disabled from a physical assault. Because of the lies my medical asserted about me I was physically attacked and almost murdered at Jersey City Medical Center (from application to proceed without payment of fees).
>
> My ability to have children was destroyed by my medical school - these criminals run around defaming me as a terrorist when I am not. According to Jonathan Goodman, my second public defender in Jersey City, these psychopaths run around behind my back threatening lawyers not to take my case, so they can get away with their crimes. (Id.)
>
> Blog site(s) where information and evidence is posted to protect myself and other witnesses from racist Zionists associated with my medical school, notably Dan Riesel, a "former" chief federal prosecutor for the federal government who acting in concert with the Manhattan District Attorney, Robert M. Morgenthau helps Yeshiva University lie to steal money from the New York State and the federal government, and the Jersey City Medical Center who are stalking me through life defaming me as a terrorist.  I am not a terrorist; apparently, terrorism is the new McCarthy issue. (Complaint)
>
> I am more concerned with staying alive and out of the hands of criminals and psychopaths including Jersey City municipal Judge Nesle A. Rodriguez; some details I already discussed with prosecutor(s).  (letter accompanying Complaint)
>
> Apparently, the Democratic Party doesn't like the fact that I presented creditable (sic) evidence that U.S. Supreme Court Judge Sonia Sotomayor does not uphold the law; facts I asked the Senate Judiciary Committee to put on-the-record.  In addition Mr. Spiro [Manhattan Assistant District Attorney] refuses to give me orders of protection against these psychopaths, who have accused me of horrible things including being a terrorist.  I am not a terrorist. (Id.)

The quotation taken from the complaint set forth above is the entirety of the complaint.

Even if the allegations contained in the documents that accompanied the complaint were deemed

to be a part of the complaint, it is obvious that the complaint must be dismissed pursuant to 18 U.S.C. §1915(e)(2)(B)(I) and (ii).  The court will enter an appropriate order.

<u>*/s/ Dickinson R. Debevoise*</u><br>DICKINSON R. DEBEVOISE<br>U.S.S.D.J.

September 17, 2009